# United States Court of Appeals

## For the First Circuit

No. 16-1479

ANDRE WALKER,

Petitioner, Appellant,

v.

SEAN MEDEIROS, Superintendent, MCI-Norfolk,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on December 21, 2018, is amended as follows:

On page 2, fn.1, replace "amend. XI" with "amend. VI"